**JUDGE COTE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 2791**

------------------------------------------------------------X

TKB SHIPPING A/S                                    :

             Plaintiff,                              :          08 Civ.
                                                     :          ECF CASE    MAR 17 2008
    - against -                                      :                      U.S.D.C. ...... .Y.
                                                                            CASHIERS
SAMSUN LOGIX CORPORATION,                            :

             Defendant.                              :

------------------------------------------------------------X

## DISCLOSURE OF INTERESTED
## PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:      NONE.

Dated: March 17, 2008
       New York, NY

                                    The Plaintiff,
                                    TKB SHIPPING A/S

                                    By:_____
                                    Lauren C. Davies (LD 1980)
                                    Thomas L. Tisdale (TT 5263)
                                    TISDALE LAW OFFICES, LLC
                                    11 West 42nd Street, Suite 900
                                    New York, NY 10036
                                    (212) 354-0025 (Phone)
                                    (212) 869-0067 (Fax)
                                    ldavies@tisdale-law.com
                                    ttisdale@tisdale-law.com