CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TKB SHIPPING A/S,                        08 Civ. 2791 (DLC)

                Plaintiff,     **NOTICE OF RESTRICTED APPEARANCE IN ACCORDANCE WITH RULE E(8) OF THE F.R.C.P. SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS**

         – against –

SAMSUN LOGIX CORPORATION,

                Defendant.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE THAT Pursuant to Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, the firm of Chalos, O'Connor & Duffy, LLP, hereby makes a restricted appearance on behalf of defendant SAMSUN LOGIX CORPORATION in the above-captioned action in order to defend against an alleged admiralty and maritime claim with respect to which there has been issued process of maritime attachment and garnishment.

FURTHERMORE, this appearance is expressly restricted to the defense of said claim and is not an appearance for the purposes of any other claim with respect to which such process is not available or has not been served.

1

In accordance with the above-stated restriction, please enter our appearance as counsel in this case for defendant SAMSUN LOGIX CORPORATION.

We certify that we are admitted to practice in this Court.

Dated: Port Washington, New York
April 23, 2008

                CHALOS, O'CONNOR & DUFFY LLP
                Attorneys for Defendant,

By: _____
                Owen F. Duffy (OD-3144)
                Timothy Semenoro (TS-6847)
                366 Main Street
                Port Washington, New York 11050
                Tel: (516) 767-3600 / Fax: (516) 767-3605