04/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TKB SHIPPING A/S

        Plaintiff,

- against -

SAMSUN LOGIX CORPORATION,

        Defendant.
-----------------------------------------------------------X

08 CV 2791 (DLC)
ECF CASE

**STIPULATION & ORDER**

It is hereby stipulated and agreed between the parties, by their undersigned attorneys, that the funds that are currently under attachment in this action are to be released. The garnishee bank(s) are hereby instructed to release the attached funds pursuant to written instructions to be provided by counsel for the defendant. The payment of the released funds by the garnishee bank(s) shall not be subject to any further attachment in New York after those funds are released by the garnishee bank(s). ~~Following the release of any and all funds currently under attachment, this~~ This action shall hereby be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a), and with each party to pay its own costs and fees.

Dated: April 23, 2008

The Plaintiff TKB SHIPPING A/S,

By: _____
Lauren C. Davies (LD1980)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel: (212) 354-0025
Fax: (212) 869-0067
ldavies@tisdale-law.com

The Defendant SAMSUN LOGIX CORP.,

By: _____
Timothy Semenoro (TS 6847)
CHALOS, O'CONNOR & DUFFY, LLP
366 Main Street
Port Washington, NY 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
tsemenoro@codus-law.com

SO ORDERED: The Clerk of Court shall close the case.

_____
Honorable Denise L. Cote, U.S.D.J.
April 24, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08